UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE HAIRSTON,

                        Plaintiff,

                 -against-

Commissioner of Social Security,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _10/28/2020_

**20-cv-5600**

**ORDER DIRECTING PAYMENT OF FEE OR IFP
APPLICATION**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

      Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff

must either pay $400.00 in fees – a $350.00 filing fee plus a $50.00 administrative fee – or, to

request authorization to proceed without prepayment of fees, submit a signed *in forma*

*pauperis* ("IFP") application. *See* 28 U.S.C. §§ 1914, 1915.

      Plaintiff submitted the Complaint without the filing fees or an IFP application. Within 30

days of the date of this Order, Plaintiff must either pay the $400.00 in fees or submit the

attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket

number 20-CV-5600. If the Court grants the IFP application, Plaintiff will be permitted to

proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

      <u>**The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service**</u>

<u>**on the docket**</u>. If Plaintiff complies with this order, the case shall be processed in accordance

with the procedures of the Clerk's Office. As noted in the Court's Scheduling Order (see ECF No.

5), the Commissioner will then have 90 days to file the Electronic Certified Administrative

Record, or, alternatively, 60 days to file a motion to dismiss. If Plaintiff fails to comply with this

order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

**SO ORDERED.**

Dated:    October 28, 2020
          New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge