USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE HAIRSTON,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**ORDER OF SERVICE**

1:20-CV-5600

**KATHARINE PARKER, United States Magistrate Judge:**

Plaintiff's application to proceed *in forma pauperis* at ECF No. 7 is GRANTED. As such, the Clerk of Court shall notify the U.S. Attorney's Office for the Southern District of New York of the filing of this pro se case, brought under 42 U.S.C. § 405(g), for which the filing fee has been waived. This Order shall not supersede the prior scheduling orders issued in this case at ECF No. 5. The Clerk of Court is respectfully requested to send a copy of this Order to the pro se Plaintiff.

    **SO ORDERED.**

Dated:   November 24, 2020
             New York, New York

*Katharine H. Parker*

KATHARINE PARKER
United States Magistrate Judge