UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2021

| | |
|---|---|
| DENISE HAIRSTON, | |
| Plaintiff, | ORDER |
| -against- | 1:20-CV-5600 |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**KATHARINE PARKER, United States Magistrate Judge:**

The Court is in receipt of the Commissioner's letter, dated March 29, 2021, informing the Court, inter alia, that the Commissioner is currently considering whether to forego motions to dismiss based on untimely complaints for those actions in which the statute of limitations expired between March 1, 2020 and August 31, 2020.  More specifically, counsel informs the Court that the Commissioner may withdraw the pending motion to dismiss at ECF No. 13, and that the Commissioner would inform the Court as to their position shortly.  As such, the Commissioner is hereby ORDERED to provide the Court with his position regarding the withdrawal of the motion to dismiss by **Friday, April 30, 2021**.  It is further ORDERED that the Commissioner shall have until **Friday, April 30, 2021** to reply to Plaintiff's opposition to his motion to dismiss.

**The Clerk of Court is respectfully requested to send a copy of this Order to the pro se Plaintiff**.

2

**SO ORDERED.**

Dated:   April 16, 2021
         New York, New York

_____
KATHARINE PARKER
United States Magistrate Judge