UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Denise Hairston,

                    Plaintiff,

-against-

Commissioner of Social Security,

                    Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2022

20 CIVIL 5600 (KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 9, 2022, Plaintiff's motion for judgment on the pleadings is GRANTED and Defendant's cross-motion is DENIED. The case is remanded to the Commissioner for further proceedings consistent with the opinion. Because the case must be remanded for additional questioning and obtaining treatment records, the ALJ is directed to also obtain updated school records (e.g., individual education plan). Daisy P. o/b/o C.P. v. Saul, 2021 WL 911709, at *4 (W.D.N.Y. Mar. 10, 2021) (when a child alleges a mental impairment, "the failure to obtain school records can support a remand for failure to develop the record.")

**Dated:** New York, New York

       March 9, 2022

                                                     **RUBY J. KRAJICK**

                                                        Clerk of Court
                               BY:
                                                         **Deputy Clerk**