# JAMES M. BAKER
ATTORNEY

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/13/2022

325 Broadway
Suite 203
New York, N.Y. 10007

June 13, 2022

Via ECF

Hon. Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.

06/13/2022

Re:  Denise Hairston o/b/o J.T.S. v. Commissioner
     of Social Security
     20 Civ. 5600 (KHP)

Dear Judge Parker:

Plaintiff filed a motion for attorney's fees under the Equal Access to Justice Act in this case on June 6, 2022. See Docket Nos. 46-48.

On that same date, I sent the Commissioner's counsel an email about a possible briefing schedule. The Commissioner has not responded. This continues a somewhat odd pattern of not responding to various deadlines at other stages of the case. See Docket Nos. 31, 33.

I would now like to propose that the Commissioner be allowed 30 days from today to respond to plaintiff's motion and that plaintiff be allowed 21 days for her reply. This would have the Commissioner's answer due on July 13, 2022 and plaintiff's reply due on August 3, 2022. Any other reasonable proposal from the Commissioner would be acceptable to plaintiff.

Thank you for considering this request.

Very truly yours,

James M. Baker

cc: Amanda F. Parsels (via ECF)
    Assistant U.S. Attorney

Tel: 212-979-0505
Fax: 212-979-8778
jbaker623@aol.com